# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re* BAYCOL PRODUCTS LITIGATION | MDL NO. 1431 (MJD/SRN) |
| | **ORDER** |
| This Document Relates to: | |
| *Harold Moss, et al. v. Bayer Corp., et al.*<br>    *(Plaintiff Margaret Kedzierski only)* | Case No. 06-1554 |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections have been filed to that Report and Recommendation in the time period permitted.

Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Margaret Kedzierski (Doc. No. 30) is **GRANTED**;

2. Plaintiff Margaret Kedzierski's claims are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff's counsel must pay $94.00 to Bayer Corporation within 10 days of this Order.

Dated: September 27, 2007

s / Michael J. Davis<br>
MICHAEL J. DAVIS<br>
United States District Court Judge